B 10 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT
EASTERN - DETROIT District of MICHIGAN

In re  GreggVansickle  
    Debtor

Case No. 11-72541

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association    **Court claim no.** (if known): _____

**Last four digits** of any number you use to identify the debtor's account: 5156

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney's fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of Claim fees | Proof of Claim $275.00, Plan Review $150.00 | (5) | $ 425.00 |
| 6. Appraisal/broker's price opinion fees | | (6) | $ |
| 7. Property Inspection Fees | | (7) | $ |
| 8. Tax Advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. | | (11) | $ |
| 12. | | (12) | $ |
| 13.: | | (13) | $ |
| 14.: | | (14) | $ |
| | | (15) | $ 425.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

11-72541-swr    Doc 24    Filed 03/23/12    Entered 03/23/12 14:51:35    Page 1 of 2

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

   /s/Heather M. Dickow  P64757                     Date 03/23/2012
Signature

**Print:**                                                       Title   Attorney for JPMorgan Chase Bank, National Association

      Heather M. Dickow, Esq. P64757
      Heather D. McGivern, Esq. P59393
      Elizabeth M. Abood-Carroll, Esq. P46304
      Craig B. Rule, Esq. P67005

First Name           Middle Name         Last Name

Company    Orlans Associates, P.C.

Address     P.O. BOX 5041
                Number          Street

               Troy, MI 48007-5041

Contact phone   (248) 502-1400